UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| RUTH ANN COOPER, D.P.M., individually and as the representative of a class of similarly-situated persons, | : CIVIL ACTION NO. 18-11987 (JLL) <br> : <br> : **ORDER** |
| Plaintiff, | : |
| v. | : |
| MEDIMETRIKS PHARMACEUTICALS, INC., | : |
| Defendant. | : |

For the reasons set forth in the Court's accompanying opinion, **IT IS** on this

_____ day of March, 2019, **ORDERED** that the defendant's motion to dismiss the amended complaint **(ECF No. 13)** is resolved as follows:

**GRANTED TO THE EXTENT** that the motion addresses: **(1)** the claims brought under the Junk Fax Prevention Act that concern solicited faxes lacking an opt-out notice and the claims for attorney fees related to those claims, and **(2)** the claims brought under the New Jersey Junk Fax Act and the claims for attorney fees related to those claims; and

**DENIED TO THE EXTENT** that the motion addresses the claims brought under the Junk Fax Prevention Act that concern unsolicited faxes and the claims for attorney fees related to those claims; and

**ADMINISTRATIVELY TERMINATED TO THE EXTENT** that the motion addresses the claims brought under the New Jersey Consumer Fraud Act and the claims for attorney fees related to those claims; and it is further

**ORDERED** that the claims brought under the Junk Fax Prevention Act that concern solicited faxes lacking an opt-out notice and the claims for any attorney fees related to those claims, and the claims brought under the New Jersey Junk Fax Act and the claims for attorney fees related to those claims, are **DISMISSED WITHOUT PREJUDICE**; and it is further

**ORDERED** that claims brought under the New Jersey Consumer Fraud Act and the claims for attorney fees related to those claims are **DISMISSED AS WITHDRAWN**; and it is further

**ORDERED** that the claims brought under the Junk Fax Prevention Act that concern unsolicited faxes lacking an opt-out notice and the claims for attorney fees related to those claims **REMAIN VIABLE**.

                                         _____
                                         **JOSE L. LINARES**
                                         Chief Judge, United States District Court