UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| RUTH ANN COOPER, D.P.M., individually and as representative of a class of similarly situated persons,<br><br>Plaintiff,<br><br>v.<br><br>MEDIMETRIKS PHARMACEUTICALS, INC.,<br><br>Defendant. | Case No. 2:18-cv-11987-BRM-JAD<br><br>**ORDER** |

**THIS MATTER** comes before the Court by Defendant Medimetriks Pharmaceuticals, Inc.'s ("Defendant" or "Medimetriks") appeal of Magistrate Judge Joseph A. Dickson's September 6, 2019 Order denying Medimetriks's request for leave to file a motion for summary judgment (ECF No. 45). Having reviewed the submissions filed in connection with this matter and having declined to hear oral argument pursuant to Federal Rule of Civil Procedure 78(b), and for good cause shown,

**IT IS** on this 30th day of June 2020,

**ORDERED** that Medimetriks's appeal of Magistrate Judge Joseph A. Dickson's September 6, 2019 Order denying Medimetriks's request for leave to file a motion for summary judgment is **DENIED**; and it is further

**ORDERED** that Magistrate Judge Joseph A. Dickson's September 6, 2019 Order denying Medimetriks's request for leave to file a motion for summary judgment is **AFFIRMED**.

*/s/ Brian R. Martinotti*
**HON. BRIAN R. MARTINOTTI**
**UNITED STATES DISTRICT JUDGE**