## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY
## TRENTON VICINAGE

| | |
|---|---|
| RUTH ANN COOPER, D.P.M, individually and as the representatives of a class of similarly-situated persons, <br><br> Plaintiff, <br> v. <br><br> MEDIMETRIKS PHARMACEUTICALS, INC., <br> Defendant. | ) ) ) ) ) ) Civil Action No.: 2:18-cv-11987(JLL) ) ) ) **CLASS ACTION** ) ) ) |

## STIPULATION OF VOLUNTARY DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) Plaintiff in this action, Ruth Ann Cooper, D.P.M., and Defendant, Medimetriks Pharmaceuticals, Inc., by and through their undersigned counsel, hereby stipulate to the dismissal of this action with prejudice as to the individual claims of Ruth Ann Cooper, D.P.M. only, without prejudice as to the members of the putative class, each side to bear its own costs.

**Plaintiff, RUTH ANN COOPER, D.P.M.**

By: Matthew N. Fiorovanti
Matthew N. Fiorovanti
Michael J. Canning
GIORDANO, HALLERAN & CIESLA
125 Half Mile Road, Suite 300
Red Bank, New Jersey  07701-6777
Telephone:  732-741-3900
mfiorovanti@ghclaw.com
mcannnig@ghclaw.com

and

**Defendant, MEDIMETRIKS PHARMACEUTICALS, INC.**

By: /s/ Karen Confoy  (with permission)
Karen Confoy
John C. Fuller
FOX ROTHSCHILD LLP
Princeton Pike Corporate Center
997 Lenox Drive
Lawrenceville, New Jersey  08648-2311
Telephone:  609-896-3600
kaconfoy@foxrothschild.com
jfuller@foxrothschild.com

Ryan M. Kelly (*admitted pro hac vice*)
ANDERSON + WANCA
3701 Algonquin Road, Suite 500
Rolling Meadows, Illinois  60008
Telephone:  847-368-1500
Email: rkelly@andersonwanca.com

**CERTIFICATE OF SERVICE**

      I hereby certify that on May 4, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

                                                   s/Matthew N. Fiorovanti

SO ORDERED

_____
BRIAN R. MARTINOTTI, USDJ
Dated:  May 4, 2021